**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No:  1:16-cv-01597-NYW

SANTIAGO ABREU, an individual,

      Plaintiff,

v.

ARGONAUT FOOD PARTNERS NUEVO LLC
D/B/A KFC AND TACO BELL,

      Defendant.

---

**NOTICE OF SETTLEMENT**

---

      Defendant Argonaut Food Partners Nuevo LLC d/b/a KFC and Taco Bell ("Argonaut"), through undersigned counsel and pursuant to D.C.COLO.LCivR 40.2(b), files this Notice of Settlement and states as follows:

      1.     Counsel for Abreu and Argonaut (collectively, the "Parties") have reached a settlement of all claims asserted against Argonaut in this action and are in the process of finalizing settlement documents.

      2.     The Parties will submit formal dismissal documents to the Court upon execution of the settlement agreement by all Parties or submit an update to the Court on the status of settlement within thirty (30) days, through and including January 5, 2017.

      Respectfully submitted this 8th day of December, 2016.

**KELLY & WALKER LLC**

*s/ Chanda M. Feldkamp*
Chanda M. Feldkamp, No. 44260
1512 Larimer Street, Suite 200
Denver, CO 80202
Tel.: 720-236-1800
Fax: 720-236-1799
Email: cfeldkamp@kellywalkerlaw.com

*Attorneys for Defendant Argonaut Food Partners Nuevo LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 8th day of December, 2016, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed and served via CM/ECF on the following:

Nathan B. Kennedy
Nathan B. Kennedy & Associates
6155 S. Main Street, Suite 205
Aurora, CO 80016

*s/Courtney Richardson*
Courtney Richardson